DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROLAND A. SPRINT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0103

[April 25, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nickolaus Hunter Davis, Judge; L.T. Case Nos. 80-9947CF10A and 81-934CF10A.

Roland A. Sprint, Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***